IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER L. GORE,**

**Plaintiff,**

**v.**

**ALLTEL COMMUNICATIONS, INC.,
and ALLTEL COMMUNICATIONS, INC.,
as Successor in Interest to SOUTHERN
ILLINOIS CELLULAR CORP. d/b/a
FIRST CELLULAR SOUTHERN
ILLINOIS,**

**Defendants.**                                                                                  No. 10-735-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiff's Consent Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration (Doc. 13). Specifically, seeks an extension of time up to and including November 22, 2010. Plaintiff requests the additional time due to his counsel's litigation schedule. The Defendants consent to the extension of time. Accordingly, the Court **GRANTS** Plaintiff's Consent Motion for

Extension of Time (Doc. 13). Plaintiff will have up to and including **November 22, 2010** in which to file a response.

**IT IS SO ORDERED.**

Signed this 5th day of November, 2010.

David R. Herndon
2010.11.05
13:48:39 -05'00'

**Chief Judge
United States District Court**