IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER L. GORE,**

**Plaintiff,**

**v.**

**ALLTEL COMMUNICATIONS, LLC, and
ALLTEL COMMUNICATIONS, LLC,**
**as Successor in Interest to SOUTHERN
ILLINOIS CELLULAR CORP., d/b/a
FIRST CELLULAR SOUTHERN ILLINOIS,**

**Defendants.**                                                                 **No. 10-735-DRH**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants' Consent Motion for Extension of Time to Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Compel Arbitration, or Alternatively to Stay Litigation (Doc. 18). Specifically, Defendants request an extension of time up to and including December 13, 2010 in order to file a Reply to Plaintiff's Response as Plaintiff's Response raises complex legal issues and affirmative defenses which Defendants feel is necessary to address. Defendants state that they cannot file a Reply by the current deadline as the parties have agreed to discuss the issues in the case on November 29, 2010 which will require substantial preparation and Defendants will not have enough time to also draft a Reply. Based on the reasons set forth in the motion, the Court **GRANTS** Defendants' motion for extension of time (Doc. 18). Defendants will have up to and including **December 13,**

**2010** in which to file a Reply.

  **IT IS SO ORDERED.**

Signed this 29th day of November, 2010.

                David R. Herndon
                2010.11.29 12:08:59
                -06'00'

**Chief Judge**
**United States District Court**